# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>RAY, RAYMOND B. | **2. Court or Organization**<br><br>U.S. BANKRUPTCY COURT- SOUTHERN | **3. Date of Report**<br><br>03/30/2012 |
| **4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)**<br><br>ARTICLE III ACTIVE | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

299 EAST BROWARD BOULEVARD
FORT LAUDERDALE, FLORIDA 33301

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| RAY, RAYMOND B. | 03/30/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | RETIREMENT INCOME - NORTH BROWARD HOSPITAL DISTRICT |
| 2. 2011 | SELF-EMPLOYED MEDIATOR |
| 3. 2011 | BROWARD COLLEGE OF NURSING - INSTRUCTOR |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | U.S. COURTS | 04/27/2011 to 04/29/2011 | ORLANDO, FLORIDA | U.S. JUDICIAL CONFERENCE | Food/Lodging |
| 2. | THE BANKRUPTCY BAR ASSOCIATION | 05/05/2011 to 05/08/2011 | NAPLES, FLORIDA | ANNUAL RETREAT-BKC BAR | Food, Lodging, and Conference Registration |
| 3. | FEDERAL JUDICIAL CENTER | 08/02/2011 to 08/06/2011 | PORTLAND, OREGON | WORKSHOP FOR JUDGES | Food,Lodging, and Transportation |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **RAY, RAYMOND B.** | 03/30/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RAY, RAYMOND B. | 03/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK OF AMERICA | A | Interest | J | T | | | | | |
| 2. BANK ATLANTIC | A | Interest | J | T | | | | | |
| 3. BANK ATLANTIC | A | Interest | J | T | | | | | |
| 4. BANK ATLANTIC | A | Interest | J | T | | | | | |
| 5. MERRILL LYNCH XX | D | Dividend | K | T | | | | | |
| 6. - WEATHERFORD/WFT | | | | | Sold | 02/18/11 | J | | |
| 7. - AMGEN/AMGN | | | | | Sold | 02/18/11 | J | | |
| 8. - BIOGEN/BIIB | | | | | Sold | 02/18/11 | J | | |
| 9. - CABLEVISION/CVS | | | | | Sold | 02/18/11 | J | | |
| 10. - CISCO/CSCO | | | | | | | | | |
| 11. - COCA COLA/KO | | | | | | | | | |
| 12. CVS CAREMARK | | None | | | Sold | 02/18/11 | J | | |
| 13. - EXPEDIA/EXPE | | | | | Sold | 02/18/11 | J | | |
| 14. - FLUOR CORP | | | | | Sold | 02/18/11 | J | | |
| 15. - FOREST LAB/FRX | | | | | Sold | 02/18/11 | J | | |
| 16. - GENERAL ELECTRIC/GE | | | | | Sold | 02/18/11 | J | | |
| 17. - GENZYME CORP/GENZ | | | | | Sold | 02/18/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - GOOGLE | | | | | | | | | |
| 19.  - HOME DEPOT/HD | | | | | | | | | |
| 20.  - INTEL CORP./INTC | | | | | | | | | |
| 21.  - JOHNSON & JOHNSON/JNJ | | | | | Sold | 02/18/11 | J | | |
| 22.  - JUNIPER NETWORK | | | | | Sold | 02/18/11 | J | | |
| 23.  - L3 COMM/LLL | | | | | Sold | 02/18/11 | J | | |
| 24.  - MICROSOFT/MSFT | | | | | Sold | 02/18/11 | J | | |
| 25.  - PEPSICO/PEP | | | | | | | | | |
| 26.  - PFIZER/PFE | | | | | Sold | 02/18/11 | J | | |
| 27.  - PROCTOR & GAMBLE | | | | | | | | | |
| 28.  - QUAL COM | | | | | Sold | 02/18/11 | J | | |
| 29.  - ROCHE HLOG | | | | | Sold | 02/18/11 | J | | |
| 30.  - TYCO INT'L. LTD | | | | | Sold | 02/18/11 | J | | |
| 31.  - UNITED HEALTH/UNH | None | | | | Sold | 02/18/11 | J | | |
| 32.  EWC | None | | J | T | | | | | |
| 33.  EWJ | None | | J | T | | | | | |
| 34.  EWU | None | | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RAY, RAYMOND B. | 03/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. EPP | | None | J | T | | | | | |
| 36. IEF | | None | J | T | | | | | |
| 37. EEM | | None | J | T | | | | | |
| 38. FXI | | None | J | T | | | | | |
| 39. IVW | | None | J | T | | | | | |
| 40. EWZ | | None | J | T | | | | | |
| 41. EZU | | None | J | T | | | | | |
| 42. JKK | | None | J | T | Buy | 05/23/11 | J | | |
| 43. UK | | None | J | T | Buy | 05/23/11 | J | | |
| 44. MERRILL LYNCH XX | G | Dividend | M | T | | | | | |
| 45. FIA CARD SERVICES | B | Int./Div. | J | T | | | | | |
| 46. EWA | | None | J | T | Buy | 05/11/11 | J | | |
| 47. EWC | | None | J | T | | | | | |
| 48. EWJ | | None | J | T | | | | | |
| 49. EWU | | None | | | Sold | 05/11/11 | J | | |
| 50. IVE | | None | J | T | | | | | |
| 51. IWD | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RAY, RAYMOND B. | 03/30/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. EPP | | None | | | Sold | 05/11/11 | J | | |
| 53. IEF | | None | J | T | | | | | |
| 54. EEM | | None | J | T | | | | | |
| 55. JKL | | None | J | T | | | | | |
| 56. JKK | | None | J | T | | | | | |
| 57. JKI | | None | J | T | Buy | 04/22/11 | J | | |
| 58. FXI | | None | J | T | | | | | |
| 59. IJK | | None | J | T | | | | | |
| 60. IVW | | None | J | T | | | | | |
| 61. EWZ | | None | J | T | | | | | |
| 62. EZU | | None | J | T | | | | | |
| 63. VUG | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RAY, RAYMOND B. | 03/30/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ RAYMOND B. RAY**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544